ARNOLDO CASILLAS, ESQ., SBN 158519
**CASILLAS & ASSOCIATES**
2801 E. Spring Street, Suite 200
Long Beach, CA 90806
Tel: (562) 203-3030
Fax: (323) 725-0350
Email: acasillas@casillaslegal.com

Attorneys for Plaintiffs Estate of Christian Baltazar Torres, Plutarco Baltazar and Maria Luisa Torres Cruz

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTIAN BALTAZAR TORRES, by and through successors in interest, Plutarco Baltazar and Maria Luisa Torres Cruz; PLUTARCO BALTAZAR, individually; MARIA LUISA TORRES CRUZ, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OXNARD; OXNARD POLICE DEPARTMENT; JARROD SHEFFIELD; and DOES 1 to 10, <br><br> Defendants. | CASE NO. 24-CV-01814 JLS MRW <br> *(Assigned to Hon. Josephine L. Staton)* <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

COME NOW Plaintiffs ESTATE OF CHRISTIAN BALTAZAR TORRES, by and through successors in interest, Plutarco Baltazar and Maria Luisa Torres Cruz; PLUTARCO BALTAZAR, individually; MARIA LUISA TORRES CRUZ, individually and Defendants CITY OF OXNARD; OXNARD POLICE

DEPARTMENT; JARROD SHEFFIELD and jointly notify this honorable court of the conditional settlement of the present matter in its entirety.

The parties attended a private mediation on August 1, 2024, and the parties came to an agreement to settle the present matter in its entirety. Said settlement is conditioned on the Oxnard City Council approving the settlement. The Oxnard City Council will consider the matter at its September meeting, and the parties anticipate that the settlement will be approved. Upon approval of the settlement by the City Council the parties will finalize the settlement and file a dismissal dismissing the action.

Based on the pending conditional settlement, the parties request the Court vacate any pending deadlines, hearing dates, etc., and set an Order to Show Cause re settlement status on October 16, 2024, or a similar date convenient to the Court. Respectfully submitted,

DATED: August 6, 2024        CASILLAS & ASSOCIATES

By:    /s/ Arnoldo Casillas
       Arnoldo Casillas
       Attorney for Plaintiffs