**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF CHRISTIAN BALTAZAR TORRES, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OXNARD, ET AL., <br><br> Defendants. | Case No. 2:24-cv-01814-JLS-MRW <br><br> **ORDER (1) GRANTING REQUEST TO VACATE ALL DATES (Doc. 21) AND (2) SETTING DATE FOR NOTICE OF DISMISSAL OR JOINT REPORT** |

Having reviewed the Parties' Notice of Conditional Settlement and Request to Vacate Dates (Doc. 21), it is hereby ordered that all proceedings in the case are stayed pending approval and finalization of the settlement.

The Parties shall file a Notice of Dismissal or a joint report advising the Court of the status of the settlement within 10 days of approval of the settlement or by October 16, 2024, whichever comes first.

IT IS SO ORDERED.

Dated: August 9, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE